# Third District Court of Appeal
## State of Florida

Opinion filed July 9, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2038
Lower Tribunal No. 12-12603-FC-04
_____

**Mark Zhuk,**
Appellant,

vs.

**Alison Brooke Zhuk,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Law Offices of Alan R. Soven, P.A., and Alan R. Soven, for appellant.

Abramowitz and Associates, and Evan L. Abramowitz and Lily C. Glickstein, for appellee.

Before LOGUE, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.